

# NUMBER 13-22-00545-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE STATE FARM LLOYDS

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On November 8, 2022, relator State Farm Lloyds filed a petition for writ of mandamus seeking to compel the trial court to: (1) vacate its order appointing attorney Derek Salinas as umpire, and (2) render a new order appointing a "qualified umpire under the terms of the [insurance] policy's appraisal provision." Relator also filed a motion for temporary relief through which it requests that we grant a temporary stay of the trial court's order appointing Salinas as umpire.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the relator's motion for

temporary relief, and we order the trial court's September 12, 2022 order appointing Salinas as umpire to be stayed pending the resolution of this original proceeding or further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

We request the real party in interest, Bernardo Vela, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of November, 2022.